IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHNNY JOYNER,)
)
      Plaintiff,)
)
v.) Civil Action No. 3:10CV36-HEH
)
SOLVAY PHARMACEUTICALS,)
INC.,)
)
      Defendant.)

## ORDER
(Denying Defendant's Motion to Transfer)

THIS MATTER was before the Court on Defendant's Motion to Transfer Venue (Dk No. 18), filed on May 4, 2010. For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is DENIED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                              /s/
                                      Henry E. Hudson
                                      United States District Judge

Date: May 27, 2010
Richmond, VA